SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SULLIVAN
-------------------------------------------------------------X
ARON FIXLER; MATEH EPHRAIM, LLC a/k/a
KOLEL MATEH EFRAIM, LLC,

                              Plaintiffs,

-against-

HELEN-MAY HOLDINGS, LLC and
IRENE GRIFFIN,

                              Defendants.
-------------------------------------------------------------X

Index No: 1952/07

RECEIVED Sullivan County Clerk
NOTICE OF PENDENCY
OF ACTION

      Notice is hereby given that an action has been commenced and is now proceeding in the Supreme Court of the State of New York, County of Sullivan upon the complaint of the aforementioned Plaintiffs for Specific Performance of a Contract affecting Real Property in the County of Sullivan and the State of New York and for reformation of the contract based on fraud and/or mutual mistake; the imposition of a constructive trust on the real property and unjust enrichment. Notice is further given that the premises, the subject of this action are at the time of the commencement of this action and the filing of this notice of pendency, situated in the Town of Cochecton, County of Sullivan, State of New York and described on the Tax Map for the Town of Cochecton as Section 1; Block 1; Lot 39.1. Said premises are more particularly described in Schedule "A" annexed hereto.

      The Clerk of the County of Sullivan is directed to index this notice against the name Helen-May Holdings, LLC.

Dated: June 21, 2007
       Middletown, New York

Yours etc.,
BLUSTEIN, SHAPIRO & RICH, LLP

_____
Carol C. Pierce
Attorneys for Plaintiffs
90 Crystal Run Road, Suite 409
Middletown, New York 10941
(845) 692-0011

F:data/2007/07-0157/pld/notice of pendency

CHICAGO TITLE INSURANCE COMPANY

SCHEDULE A DESCRIPTION

File No.: COCH-093A                                    Title No.: 04-03-45377

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Cochecton, County of Sullivan and State of New York, known and described as Lot No. 8 in Subdivision Lot 1 of Division No. 62 of Great Lots 1 and 18 of the Hardenburgh Patent and bounded as follows:

BEGINNING at a point in the center of the Newburgh and Cochecton Turnpike where the West line of the present property owned by the Recreation Farm Society, Inc., intersects the same; thence Westerly along the center line of the said turnpike 514 feet to a point in the center thereof which is also the Southeast corner of the Anna Bodnar property; thence Northerly in a straight line a distance of 2280 feet to a point on the South line of property formerly owned by Bush, which point is also 230 feet Westerly from the West line of the party of the second part and which is also the Northeast corner of a lot owned by Anna Bodnar; thence Easterly in a straight line along the line of property formerly owned by Bush 230 feet to a point on the West line of lands of the party of the second part; thence Southerly along second party's present Westerly line a distance of 2495 feet to the point or place of BEGINNING. Containing 20 acres of land, be the same more or less, and being Parcels Nos. 2 and 3 on a certain map made by Nial Sherwood, C.E., in March, 1932.

ALL that tract or parcel of land with the buildings and improvements thereon erected, situate in the Town of Cochecton, County of Sullivan and State of New York, and known and distinguished as that part of Farm Lot No. 9 of the Taylor Tract, in division Lot No. 22, Great Lot 1 and 18 of the Hardenburgh Patent, and bounded as follows:

BEGINNING at a heap of stones, the Southeast corner of Farm Lot No. 8 and running thence along the line between 8 and 9 North 11 degrees East 54 chains to a heap of stones, one stone marked "8 9" in the North line of Division Lot 62; thence along said line South 74 degrees East 8 chains; thence South 11 degrees West 52 chains; thence South 19 degrees 30 seconds West 8 chains to the Newburgh & Cochecton Turnpike road; thence along said road North 53 degrees 30 seconds West 8 chains to the place of BEGINNING. Containing 50 acres of land more or less.

EXCEPTING AND RESERVING therefrom all that part of the same lot being 10 acres, more or less, heretofore conveyed and now occupied by Eliza Cochran, also excepting existing rights of way.